IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ___US___ DISTRICT OF ___ARIZONA___

| | |
|---|---|
| In re:<br><br>CAROLYN NORRIS<br><br>    Debtors.<br><br>_____<br><br>NAVIENT<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF EDUCATION, [et al.],<br><br>    Defendant[s].<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-08748-SHG<br>Chapter [7]<br><br><br>24-AP-00010<br><br>Adversary Pro. _____ |

ATTESTATION OF [ __DISCHARGE__ ] IN SUPPORT
OF REQUEST FOR STIPULATION CONCEDING
DISCHARGEABILITY OF STUDENT LOANS

*PLEASE NOTE: This Attestation should be submitted to the Assistant United States Attorney handling the case. It should not be filed with the court unless such a filing is directed by the court or an attorney.*

I, [ __CAROLYN NORRIS__ ], make this Attestation in support of my claim that excepting the student loans described herein from discharge would cause an "undue hardship" to myself and my dependents within the meaning of 11 U.S.C. §523(a)(8). In support of this Attestation, I state the following under penalty of perjury:

### I. PERSONAL INFORMATION

1.     I am over the age of eighteen and am competent to make this Attestation.

[Updated August 2023]

2. I reside at 5775 S SADDLE RIDGE NE [address], in PIMA County, AZ [state].

3. My household includes the following persons (including myself):

| CAROLYN NORRIS [full name] | 61 [age] | SELF [self] |
| MARY NORRIS [full name] | 84 [age] | PARENT [relationship] |
| _____ [full name] | ___ [age] | _____ [relationship] |
| _____ [full name] | ___ [age] | _____ [relationship] |
| _____ [full name] | ___ [age] | _____ [relationship] |
| _____ [full name] | ___ [age] | _____ [relationship] |

*Questions four through eight request information related to your outstanding student loan debt and your educational history. The Department of Education will furnish this information to the Assistant United States Attorney ("AUSA") handling your case, and it should be provided to you. If you agree that the information provided to you regarding your student loan debt and educational history is accurate, you may simply confirm that you agree, and these questions do not need to be completed. If you have not received the information from Education or the AUSA at the time you are completing this form, or if the information is not accurate, you may answer these questions based upon your own knowledge. If you have more than one student loan which you are seeking to discharge in this adversary proceeding, please confirm that the AUSA has complete and accurate information for each loan, or provide that information for each loan.*

4. I confirm that the student loan information and educational history provided to me and attached to this Attestation is correct and complete: YES ✓ NO ☐ No Information Provided ☐

[If you answered anything other than "YES," you must answer questions five through eight].

5. The outstanding balance of the student loan[s] I am seeking to discharge in this adversary proceeding is $ 67019.00 .

[Updated August 2023]

  6. The current monthly payment on such loan[s] is __0__. The loan[s] are scheduled to be repaid in _____ [month and year] **[OR]** ✔ My student loan[s] went into default in __10/2023__ [month and year].

  7. I incurred the student loan[s] I am seeking to discharge while attending __GLENDALE/DENTON UN__, where I was pursuing a __CRJ__ degree with a specialization in __UNKNOWN__.

  8. In __8/1982__ [month and year], I completed my course of study and received a __ASSOCIATES__ degree. **[OR]** In __8/1985__ [month and year], I left my course of study and did not receive a degree.

  9. I am currently employed as a __NONE__. My employer's name and address is _____ **[OR]** ✔ I am not currently employed.

## II. CURRENT INCOME AND EXPENSES

  10. I do not have the ability to make payments on my student loans while maintaining a minimal standard of living for myself and my household. I submit the following information to demonstrate this:

### A. *Household Gross Income*

  11. My current monthly household *gross* income from all sources is $__2085.00__.[1] This amount includes the following monthly amounts:

---

[1] "Gross income" means your income before any payroll deductions (for taxes, Social Security, health insurance, etc.) or deductions from other sources of income. You may have included information about your gross income on documents previously filed in your bankruptcy case, including Form B 106I, Schedule I - Your Income (Schedule I). If you filed your Schedule I within the past 18 months and the income information on those documents has not changed, you may refer to that document for the income information provided here. If you filed Schedule I more than 18 months prior to this Attestation, or your income has changed, you should provide your new income information.

-3-

Case 4:24-ap-00010-SHG Doc 1 Filed 01/19/24 Entered 01/19/24 10:37:17 Desc
Complaint Page 3 of 20

| | |
|---|---|
| _____ | my *gross* income from employment (if any) |
| _____ | my unemployment benefits |
| _____ | my Social Security Benefits |
| _____383.00_____ | my \_\_WORKERS COMP\_\_ |
| _____ | my _____ |
| _____ | my _____ |
| _____ | *gross* income from employment of other members of household |
| _____ | unemployment benefits received by other members of household |
| _____ | Social Security benefits received by other members of household |
| \_\_\_\_\_1385_____ | other income from any source received by other members of household |

12. The current monthly household gross income stated above (select which applies):

☐ Includes a monthly average of the gross income shown on the most recent tax return[s] filed for myself and other members of my household, which are attached, and the amounts stated on such tax returns have not changed materially since the tax year of such returns; OR

☑ Represents an average amount calculated from the most recent two months of gross income stated on four (4) consecutive paystubs from my current employment, which are attached; OR

☐ My current monthly household gross income is not accurately reflected on either recent tax returns or paystubs from current employment, and I have submitted instead the following documents verifying current gross household income from employment of household members:

_____

13. In addition, I have submitted \_\_WORKERS COMP\_\_ verifying the sources of income other than income from employment, as such income is not shown on [most recent tax return[s] or paystubs].

## B. *Monthly Expenses*

14. My current monthly household expenses do/do not exceed the amounts listed below based on the number of people in my household for the following categories:

    (a)    Living Expenses[2]

        i.    My expenses for food    do exceed ☐ do not exceed ☑
$466 (one person)
$777 (two persons)
$936 (three persons)
$1123 (four persons)

        ii.    My expenses for housekeeping supplies    do exceed ☐ do not exceed ☑
$47 (one person)
$80 (two persons)
$85 (three persons)
$90 (four persons)

        iii.    My expenses for apparel & services    do exceed ☐ do not exceed ☑
$96 (one person)
$145 (two persons)
$207 (three persons)
$252 (four persons)

        iv.    My expenses for (non-medical) personal care products and services    do exceed ☐ do not exceed ☑
$43 (one person)
$78 (two persons)
$91 (three persons)
$97 (four persons)

        v.    My miscellaneous expenses (not included elsewhere on this Attestation)    do exceed ☐ do not exceed ☑
$189 (one person)
$309 (two persons)
$381 (three persons)
$431 (four persons)

        vi.    My total expenses in these categories    do exceed ☐ do not exceed ☑
$841 (one person)

---

[2] The living expenses listed in Question 14 and 15 have been adopted from the Internal Revenue Service Collection Financial Standards "National Standards" and "Local Standards" for the year in which this form is issued. This form is updated annually to reflect changes to these expenses.

      $1389 (two persons)
      $1700 (three persons)
      $1993 (four persons in household)
      Add $356 per each additional member if more than four in household.

If you answered that your total expenses for any of the categories (i) through (v) exceed the applicable amount listed in those categories, and you would like the AUSA to consider your additional expenses for any such categories as necessary, you may list the total expenses for any such categories and explain the need for such expenses here. (You do not need to provide any additional information if you answered that your total expenses did not exceed the applicable amount listed in subsection (vi)).

  (b)  Uninsured medical costs:

    My uninsured, out of pocket medical costs do exceed ☐ do not exceed ☑

      $79 (per household member under 65)
      $154 (per household member 65 or older)

If you answered that your uninsured, out of pocket medical costs exceed the listed amounts for any household member, and you would like the AUSA to consider such additional expenses as necessary, you may list the household member's total expenses and explain the need for such expenses here.

[If you filed a Form 122A-2 Chapter 7 Means Test or 122C-2 Calculation of Disposable Income in your bankruptcy case, you may refer to lines 6 and 7 of those forms for information.]³

---

³ Forms 122A-2 and 122C-2 are referred to collectively here as the "Means Test." If you filed a Means Test in your bankruptcy case, you may refer to it for information requested here and in

-6-

Case 4:24-ap-00010-SHG Doc 1 Filed 01/19/24 Entered 01/19/24 10:37:17 Desc
Complaint Page 6 of 20

[Updated August 2023]

15. My current monthly household expenses in the following categories are as follows:

(a) <u>Payroll Deductions</u>

    i. Taxes, Medicare and Social Security      $ 0
    [You may refer to line 16 of the Means Test or Schedule I, line 5]

    ii. Contributions to retirement accounts      $ 0
    [You may refer to line 17 of the Means Test or Schedule I, line 5]

    Are these contributions required
    as a condition of your employment?      YES ☐ / NO ☑

    iii. Union dues      $ 0
    [You may refer to line 17 of the Means Test or Schedule I, line 5]

    iv. Life insurance      $ 0
    [You may refer to line 18 of the Means Test or Schedule I, line 5]

    Are the payments for a term policy      YES ☐ / NO ☑
    covering your life?

    v. Court-ordered alimony and child support      $ 0
    [You may refer to line 19 of the Means Test or Schedule I, line 5]

    vi. Health insurance      $ 0
    [You may refer to line 25 of the Means Test or Schedule I, line 5]

    Does the policy cover any persons other than
    yourself and your family members?      YES ☐ / NO ☑

    vii. Other payroll deductions
    _____      $ _____
    _____      $ _____
    _____      $ _____

other expense categories below. If you did not file a Means Test, you may refer to your Schedule I and Form 106J – Your Expenses (Schedule J) in the bankruptcy case, which may also list information relevant to these categories. You should only use information from these documents if your expenses have not changed since you filed them.

    (b) Housing Costs[4]

| | | |
|---|---|---|
| i. | Mortgage or rent payments | $1170 |
| ii. | Property taxes (if paid separately) | $ |
| iii. | Homeowners or renters insurance (if paid separately) | $ |
| iv. | Home maintenance and repair (average last 12 months' amounts) | $ |
| v. | Utilities (include monthly gas, electric water, heating oil, garbage collection, residential telephone service, cell phone service, cable television, and internet service) | $750.00 |

    (c) Transportation Costs

| | | |
|---|---|---|
| i. | Vehicle payments (itemize per vehicle) | $354 |
| ii. | Monthly average costs of operating vehicles (including gas, routine maintenance, monthly insurance cost) | $125 |
| iii. | Public transportation costs | $0 |

    (d) Other Necessary Expenses

  i. Court-ordered alimony and child support payments    $0
(if not deducted from pay)
[You may refer to line 19 of Form 122A-2 or 122C-2 or Schedule J, line 18]

  ii. Babysitting, day care, nursery and preschool costs    $0
[You may refer to line 21 of Form 122A-2 or 122C-2 or Schedule J, line 8][5]

Explain the circumstances making it necessary
for you to expend this amount:

---

[4] You should list the expenses you actually pay in Housing Costs and Transportation Costs categories. If these expenses have not changed since you filed your Schedule J, you may refer to the expenses listed there, including housing expenses (generally on lines 4 through 6 of Schedule J) and transportation expenses (generally on lines 12, 15c and 17).

[5] Line 8 of Schedule J allows listing of expenses for "childcare and children's education costs." You should not list any educational expenses for your children here, aside from necessary nursery or preschool costs.

[Updated August 2023]

    iii.    Health insurance      $0
           (if not deducted from pay)
           [You may refer to line 25 of the Means Test or Schedule J, line 15]

           Does the policy cover any persons other than    YES ☐ / NO ☐
           yourself and your family members?

    iv.    Life insurance      $_____
           (if not deducted from pay)
           [You may refer to line 25 of the Means Test or Schedule J, line 15]

           Are the payments for a term policy    YES ☐ / NO ☐
           covering your life?

    v.    Dependent care (for elderly or disabled      $_____
           family members)
           [You may refer to line 26 of the Means Test or Schedule J, line 19]

           Explain the circumstances making it necessary
           for you to expend this amount:

    vi.    Payments on delinquent federal, state or local tax debt   $0
           [You may refer to line 35 of the Means Test or Schedule J, line 17]

           Are these payments being made pursuant    YES ☐ / NO ☐
           to an agreement with the taxing authority?

    vii.    Payments on other student loans      $_____
           I am not seeking to discharge

    viii.    Other expenses I believe necessary for      $_____
           a minimal standard of living.

           Explain the circumstances making it necessary
           for you to expend this amount:

           I am applying for Social Security Disability due to back issues. I have
           difficulty walking and sitting for long periords of time

-9-
Case 4:24-ap-00010-SHG    Doc 1    Filed 01/19/24    Entered 01/19/24 10:37:17    Desc
Complaint    Page 9 of 20

16. After deducting the foregoing monthly expenses from my household gross income, I have __0__ [no, or amount] remaining income.

17. In addition to the foregoing expenses, I anticipate I will incur additional monthly expenses in the future for my, and my dependents', basic needs that are currently not met.[6] These include the following:

If any mechanical breakdowns happen I am unable to pay for those repairs.

### III. FUTURE INABILITY TO REPAY STUDENT LOANS

18. For the following reasons, it should be presumed that my financial circumstances are unlikely to materially improve over a significant portion of the repayment period (answer all that apply):

- ☐ I am age 65 or older.
- ☐ The student loans I am seeking to discharge have been in repayment status for at least 10 years (excluding any period during which I was enrolled as a student).
- ☑ I did not complete the degree for which I incurred the student loan[s].

    Describe how not completing your degree has inhibited your future earning capacity:

    I did not get the degree and was unable to make the income based on the job openings for that filed.

- ☑ I have a disability or chronic injury impacting my income potential.

---

[6] If you have forgone expenses for any basic needs and anticipate that you will incur such expenses in the future, you may list them here and explain the circumstances making it necessary for you to incur such expenses.

[Updated August 2023]

Describe the disability or injury and its effects on your ability to work, and indicate whether you receive any governmental benefits attributable to this disability or injury:

I take back injections every 3 months in the spine for chronic pain. I have legs pains and now hearing loss

☑ I have been unemployed for at least five of the past ten years.

Please explain your efforts to obtain employment.

19. For the following additional reasons, my financial circumstances are unlikely to materially improve over a significant portion of the repayment period (answer all that apply):

☐ I incurred the student loans I am seeking to discharge in pursuit of a degree from an institution that is now closed.

Describe how the school closure inhibited your future earnings capacity:

☑ I am not currently employed.

☐ I am currently employed, but I am unable to obtain employment in the field for which I am educated or have received specialized training.

Describe reasons for inability to obtain such employment, and indicate if you have ever been able to obtain such employment:

☐ I am currently employed, but my income is insufficient to pay my loans and unlikely to increase to an amount necessary to make substantial payments on the student loans I am seeking to discharge.

Please explain why you believe this is so:

I work self employment when ever I can find something. Which is not too often

☑ Other circumstances exist making it unlikely I will be able to make payments for a significant part of the repayment period.

Explain these circumstances:

Lack of income and chronic pain makes it very difficult to find full time work plus my age if a big factor

## IV. PRIOR EFFORTS TO REPAY LOANS

20. I have made good faith efforts to repay the student loans at issue in this proceeding, including the following efforts:

21. Since receiving the student loans at issue, I have made a total of $ __0__ in payments on the loans, including the following:

___ regular monthly payments of $_____ each.

___ additional payments, including $_____, $_____, and $_____.

22. I have applied for __5__ forbearances or deferments. I spent a period totaling __70__ months in forbearance or deferment.

23. I have attempted to contact the company that services or collects on my student loans or the Department of Education regarding payment options, forbearance and deferment options, or loan consolidation at least __1__ times.

24. I have sought to enroll in one or more "Income Driven Repayment Programs" or similar repayment programs offered by the Department of Education, including the following:

Description of efforts:

I sent in paperwork showing medical issues and have never heard back from anyone

25. [If you did not enroll in such a program]. I have not enrolled in an "Income Driven Repayment Program" or similar repayment program offered by the Department of Education for the following reasons:

no income to qualify

26. Describe any other facts indicating you have acted in good faith in the past in attempting to repay the student loan(s) you are seeking to discharge. These may include efforts to obtain employment, maximize your income, or minimize your expenses. They also may include any efforts you made to apply for a federal loan consolidation, respond to outreach from a loan servicer or collector, or engage meaningfully with a third party you believed would assist you in managing your student loan debt.

I have tried to get on programs for medical discharge but never heard back from anyone

## V. CURRENT ASSETS

27. I own the following parcels of real estate:

Address: 5775 s saddle ridge

tucson, az 85746

Owners:[7]

Fair market value: 225,000

Total balance of mortgages and other liens. $177,500.00

28. I own the following motor vehicles:

Make and model: 2010 honda santa fe

Fair market value: 1500.00

Total balance of Vehicle loans And other liens: 2000.00

29. I hold a total of ___0___ in retirement assets, held in 401k, IRA and similar retirement accounts.

30. I own the following interests in a corporation, limited liability company, partnership, or other entity:

---

[7] List by name all owners of record (self and spouse, for example)

| Name of entity | State incorporated[8] | Type[9] and %age Interest |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

31. I currently am anticipating receiving a tax refund totaling $_____.

## VI. ADDITIONAL CIRCUMSTANCES

32. I submit the following circumstances as additional support for my effort to discharge my student loans as an "undue hardship" under 11 U.S.C. §523(a)(8):

social security application

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Carolyn Norris*

Name: carolyn norris

Date: 12/31/2023

---

[8] The state, if any, in which the entity is incorporated. Partnerships, joint ventures and some other business entities might not be incorporated.

[9] For example, shares, membership interest, partnership interest.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re CAROLYN Y NORRIS

Debtor(s)

Chapter 7
Case No. 23-08748-SHG
Adv. No. _____

CAROLYN NORRIS

Plaintiff(s)

v. NAVIENT, United States Department of Education

Defendant(s)

**CERTIFICATE OF SERVICE**

I, CAROLYN Y NORRIS (Name), certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of this summons and a copy of the complaint was made on 1/3/2024 (Date) by:

☐ Mail Service: Regular, first class Unites States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: PO BOX 9500 WILKES BARR PA 18725
PO BOX 22541 Lincoln NE 68501

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of Arizona (Name of State) as follows: [Describe briefly]

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

1/17/2024
(Date)

Carolyn Norris
(Signature)

Carolyn Norris
(Print Name)

5775 S. Saddle Ridge
(Business Address)

Tucson AZ 85746
(City, State, Zip Code)

Summons Certificate of Service
11/30/06

Case 4:24-ap-00010-SHG   Doc 1   Filed 01/19/24   Entered 01/19/24 10:37:17   Desc
Complaint   Page 16 of 20

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Navient
PO Box 9500
Wilkes, Barre, PA
187739500

9590 9402 7787 2152 0910 96

7020 3160 0000 0780 3173

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Received at Navient
☐ Agent
☐ Addressee

B. Received by (Printed Name)
JAN - 3 2024

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Received at Navient

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** — Domestic Mail Only

Wilkes Barre, PA 18773
Certified Mail Fee: $4.35
Return Receipt (hardcopy): $0.20
Return Receipt (electronic): $0.00
Certified Mail Restricted Delivery: $0.00
Adult Signature Required: $0.00
Postage: $2.07
Total Postage and Fees: $9.97
Sent To: Navient
Street and Apt. No., or PO Box No.: PO Box 9500
City, State, ZIP+4®: Wilkes Barre PA 18773-9500

Postmark: TUCSON, AZ — DEC 27 2023 — XAVIER POST OFFICE

PS Form 3800, April 2015 PSN 7530-02-000-9047

7020 3160 0000 0780 3173

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** — Domestic Mail Only

Lincoln, NE 68501
Certified Mail Fee: $4.35
Return Receipt (hardcopy): $0.00
Return Receipt (electronic): $0.00
Certified Mail Restricted Delivery: $0.00
Adult Signature Required: $0.00
Postage: $2.07
Total Postage and Fees: $7.97
Sent To: Department of Education
Street and Apt. No., or PO Box No.: PO Box 82561
City, State, ZIP+4®: Lincoln, NE 68501

Postmark: TUCSON, AZ — DEC 27 2023 — 12/27/2023

PS Form 3800, April 2015 PSN 7530-02-000-9047

7020 3160 0000 0780 3166

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70203160000007803173

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 12:14 pm on January 2, 2024 in WILKES BARRE, PA 18701.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**

WILKES BARRE, PA 18701
January 2, 2024, 12:14 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Case 4:24-ap-00010-SHG   Doc 1   Filed 01/19/24   Entered 01/19/24 10:37:17   Desc
Complaint    Page 18 of 20

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) 24-00010 |
|---|---|
| **PLAINTIFFS** <br> CAROLYN Norris | **DEFENDANTS** <br> United States Department of Education, Navient [et Ah], |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) <br> ☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor    ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor    ☐ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Dismiss all Student loan debts in chapter 7. Not financially able to make payments due to lack of work and Limited income. Student loans are over 20 yrs.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☑ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought   Forgive And dismiss all Student loans in my Bankruptcy.

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>Carolyn Norris | BANKRUPTCY CASE NO.<br>23-08748-SHG |||
| DISTRICT IN WHICH CASE IS PENDING<br>Arizona | DIVISION OFFICE || NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE || NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |||

## INSTRUCTIONS

    The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

    A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

    The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.