```
GUST ROSENFELD P.L.C.
One East Washington, Suite 1600
Phoenix, Arizona 85004-2553
Telephone No. (602) 257-7989
Facsimile No. (602) 254-4878
Robert C. Williams - 033213
rwilliams@gustlaw.com
```
**Attorneys for** *Educational Credit Management Corporation*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| CAROLYN NORRIS, | Bankr. Case No. 4:23-bk-08748-SHG |
| Debtor. | |
| CAROLYN NORRIS, | Adversary No. 4:24-ap-00010-SHG |
| Plaintiff, | |
| v. | **NOTICE OF LODGING STIPULATED JUDGMENT** |
| U.S. DEPARTMENT OF EDUCATION, NAVIENT, | |
| Defendant. | |

Educational Credit Management Corporation gives notice that on April 18, 2024, it lodged with the Court the attached Stipulated Judgment.

Respectfully submitted April 19, 2024.

> GUST ROSENFELD P.L.C.
>
> By: /s/ *Robert C. Williams*
> Robert C. Williams – 033213
> Attorneys for *Educational Credit Management Corporation*

6153246.1

The foregoing electronically
filed April 19, 2024, at:

CLERK, UNITED STATES BANKRUPTCY
COURT, DISTRICT OF ARIZONA
*https://ecf.azb.uscourts.gov*

Copies emailed* and mailed via first-class mail
April 19, 2024, to:

Carolyn Norris
5775 S. Saddle Ridge Lane
Tucson, AZ 85746
NORRIS0162@yahoo.com*
*Pro Se Plaintiff*

Law Office of Mary K. Farrington-Lorch
Attn: Mary K. Farrington-Lorch
3930 E. Camelback Rd., Ste. 100
Phoenix, AZ 85018
MaryKFL@farringtonlorchlaw.com*
*Attorney for Navient*

United States Department of Education
P.O. Box 82561
Lincoln, NE 68501

By: /s/ Linda Bervin *Linda Bervin*